TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
ERIK M. SILBER (Cal. Bar No. 190534)
MATTHEW O'BRIEN (Cal. Bar No. 261568)
Assistant United States Attorneys
    1500/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2231/8644
    Facsimile:  (213) 894-8513
    E-mail:  Erik.Silber@usdoj.gov
          Matthew.O'Brien@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GLENN STEVEN BEDNARSH, <br><br> Defendant. | No. 25-CR-303(B)-SB <br><br> GOVERNMENT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT <br><br> Hearing Date: January 13, 2026 <br><br> Hearing Time: 8:00 a.m. |

    Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorneys Erik M. Silber and Matthew W. O'Brien, hereby files its objections to the Presentence Investigation Report.

//

//

//

This filing is based upon the attached memorandum of points and authorities, the Presentence Investigation Report and Recommendation Letter disclosed on December 2, 2025, the files and records in this case, and such further evidence and argument as the Court may permit.

Dated: December 16, 2025            Respectfully submitted,

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

/s/
ERIK M. SILBER
MATTHEW O'BRIEN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# MEMORANDUM OF POINTS AND AUTHORITIES

The government has two minor, factual objections to the Presentence Investigation Report ("PSR") for defendant Glenn Steven Bednarsh ("defendant"). Neither objection affects the Guidelines calculations set forth in the PSR. The government does not object to the PSR's Guidelines calculations.

First, paragraph 28 of the PSR states that "the victim incurred costs of reframing, as the frame was damaged with scratches and dents that were not present prior to the burglary…." While the government recently returned the stolen Warhol print to the victim (its rightful owner), the victim did not incur costs of reframing prior to the print's return, as the PSR suggests. The government agrees that restitution in the amount of $1,916.07 is owed so that the victim can repair or replace the frame. (See PSR ¶ 27.)

Second, paragraph 95 states that defendant "is represented by the Federal Public Defender's Office." That is incorrect; defendant is represented by Gregory Nicolaysen, a CJA appointment.

The government will submit its sentencing position separately.

Dated: December 16, 2025

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

　/s/
ERIK M. SILBER
MATTHEW O'BRIEN
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1